## SHAW v. UNITED PARCEL SERVICE

[342 N.C. 189 (1995)]

PHILLIP SHAW, Employee v. UNITED PARCEL SERVICE, Employer, LIBERTY MUTUAL INSURANCE COMPANY, Carrier

No. 579A94

(Filed 3 November 1995)

Appeal by defendants pursuant to N.C.G.S. § 7A-30(2) from the decision of a divided panel of the Court of Appeals, 116 N.C. App. 598, 449 S.E.2d 50 (1994), reversing in part an opinion and award of the North Carolina Industrial Commission, filed 22 March 1993, and remanding this case to the Commission to allow plaintiff to elect benefits pursuant to N.C.G.S. § 97-30. Heard in the Supreme Court 13 October 1995.

*Gulley and Calhoun, by Wilbur P. Gulley, for plaintiff-appellee.*

*Cranfill, Sumner & Hartzog, L.L.P., by P. Collins Barwick, III, for defendant-appellants.*

PER CURIAM.

AFFIRMED.

Justice ORR did not participate in the consideration or decision of this case.